UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC, AND KELVIN 42 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAJESTIC MIRROR & FRAME, LLC,<br><br>Defendant. | C17-352 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion for a thirty-day extension of time to answer, docket no. 11, is GRANTED. The deadline for defendant Majestic Mirror & Frame, LLC to answer or otherwise respond to plaintiffs' complaint is extended to May 5, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1