UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELECTRIC MIRROR, LLC, AND
KELVIN 42 LLC,

        Plaintiffs,

v.

MAJESTIC MIRROR & FRAME, LLC,

        Defendant.

C17-352 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On May 1, 2017, the United States International Trade Commission initiated an investigation of several respondents, including defendant Majestic Mirrors & Frame, LLC, under Section 337 of the Tariff Act of 1930, as amended, at plaintiffs' request. *See* Defendant's Consented Motion, Ex. 1, docket no. 17-2 at 3. Pursuant to 28 U.S.C. § 1659, a district court presiding over a civil action involving parties also involved in a proceeding before the United States International Trade Commission (the "Commission") under section 337 of the Tariff Act of 1930, upon the timely request of a party who is also a respondent in the proceeding before the Commission, shall stay the action with respect to any claim that involves the same issues as the proceeding before the Commission, until the determination of the Commission becomes final. *See* 28 U.S.C. § 1659(a). A stay under § 1659 "requires that the stay of district court proceedings continue until the Commission proceedings are no longer subject to judicial review." *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007). The infringement claims at issue in this action involve the same patents—U.S. Patent Nos. 7,853,414 and 7,559,668, *see* Proposed Amended Complaint, docket no. 15—and appear to involve the same issues that are now before the Commission. Defendant, who is a respondent in the

MINUTE ORDER - 1

proceedings before the Commission, has timely filed a request for stay. *See* 28 U.S.C. § 1659(a). Accordingly, and in light of plaintiff's consent, defendant's consented motion for mandatory stay pursuant to 28 U.S.C. § 1659, docket no. 17, is GRANTED, and this matter is hereby STAYED until the determination of the Commission becomes final. The parties are DIRECTED to file a Joint Status Report within twenty-one (21) days after the determination of the Commission becomes final or by January 24, 2018, whichever occurs earlier.

    (2)    In light the Court's stay of this matter, plaintiffs' unopposed motion to amend the complaint, docket no. 15, is STRICKEN without prejudice. If necessary, plaintiffs may re-file their motion to amend the complaint after the stay in this case is lifted.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2