1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                             AT SEATTLE

7    ELECTRIC MIRROR, LLC,

8                          Plaintiff,

9          v.                                    C17-352 TSZ

10   MAJESTIC MIRRORS & FRAME,                    MINUTE ORDER
     LLC,
11
                           Defendant.
12

13          The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:

14
            (1)     Plaintiff's unopposed motion for leave to amend, docket no. 21, is
15   GRANTED.  Plaintiff shall electronically file the Amended Complaint via the Case
     Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the
16   date of this Minute Order.

17          (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.

18          Dated this 31st day of August, 2017.

19
                                                 William M. McCool
20                                               Clerk

21                                               s/Karen Dews
                                                 Deputy Clerk
22

23

MINUTE ORDER - 1